UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PETER LEBLANC

v.  CA 10-489 ML

STATE OF RHODE ISLAND,
ASHBEL T. WALL

MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Objection to a Report and Recommendation issued by Magistrate Judge Martin on April 29, 2011. The Court has reviewed the Report and Recommendation and Petitioner's Objection.

The Court finds that Magistrate Judge Martin correctly applied the law to the facts. Petitioner's Objection is without merit. Accordingly, the Court adopts the Report and Recommendation in its entirety.

The Petition is DISMISSED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
May 10, 2011